**Order entered February 6, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00879-CR

**DEMETRIUS DEWAYNE THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75626**

## ORDER

Before the Court is the February 3, 2023 request of Court Reporter Belinda G. Baraka for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **MARCH 3, 2023**.

We **DIRECT** the Clerk to send copies of this order to Belinda G. Baraka, Court Reporter, and to counsel for all parties.

/s/    ERIN A. NOWELL
       JUSTICE